John O. Avery, ISB #3407
Ryan E. Farnsworth, ISB #8885
Jonathan M. Avery, ISB #9642
Michael Wilder, ISB #10661
Avery Law
770 S. Woodruff Ave
Idaho Falls, ID 83401
Telephone: (208) 524-2015
Facsimile: (208) 297-5553

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | ) | Case No. 17-40284-JMM |
|---|---|---|
| | ) | |
| Jake and Breonna Jolley | ) | |
| | ) | AMENDED LIST OF WITNESSES |
| | ) | |
| Debtors. | ) | |

COMES NOW the Debtor, Jake and Breonna Jolley, by and through Ryan Farnsworth of Avery Law, and hereby submits his list of Witnesses for the hearing scheduled to come before this Honorable Court on October 3, 2019 at 1:30 p.m.

Witnesses:

Jake and Breonna Jolley

Jennifer Campbell

Attorney Paul Ross

Jen Kennedy, CPA

Kathleen McCallister, Chapter 13 Trustee

MOTION TO REOPEN CASE - 1

Any witness called by the trustee.

DATED this 24th day of September, 2019.

/s/ Ryan Farnsworth
Attorney for Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th of September, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Kathleen McCallister @ kam@kam13trustee.com

U S Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy on September 24, 2019, of the foregoing document upon the following person(s) by mailing with the necessary postage affixed thereto:

Jake and Breonna Jolley
4522 E. 250 N.
Rigby, ID 83442

/s/ Crystal Robertson
Crystal Robertson
Case Administrator

MOTION TO REOPEN CASE - 2