**Kathleen A. McCallister**
**Chapter 13 Trustee**
P.O. Box 1150
Meridian, ID  83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| JACOB VAL JOLLEY<br>BREONNA MORIA JOLLEY | CASE NO.  17-40284-JMM |

### TRUSTEE'S RENEWED OBJECTION TO DEBTORS' AMENDED LIST OF WITNESSES AND EXHIBITS

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Objection to Debtors' amended list of witnesses and exhibits states as follows:

1. The Debtors filed for Chapter 13 relief on April 10, 2017.

2. An order was entered confirming the Debtors' plan on October 30, 2017.

3. The Trustee filed a motion to modify the confirmed plan or dismiss the Debtors' case on May 8, 2019 (docket no. 122). The matter originally came before the court on June 4, 2019 and was continued to August 27, 2019 for an evidentiary hearing.

4. On August 5, 2019 Debtors filed motions for sanctions and a motion to remove the Trustee (docket nos. 134 and 134).

5. On August 27, 2019 the Trustee's motion of May 8, 2019 and Debtors' two motions of August 5, 2019 were heard by the court. Evidence was presented, but due to time constraints the evidentiary hearing was continued to October 3, 2019.  At the time the hearing concluded the only witness to testify was the Debtor, Breonna Jolley.

6. On September 24, 2019, 28 days after the commencement of this evidentiary hearing, Debtors filed an amended exhibit list and an amended witness list (docket nos. 148 and 149). Debtors' amended witness list adds three individuals: Paul Ross, Jen Kennedy, and the Trustee. Debtors' amended exhibit list adds 28 new items.

7. Pursuant to Local Bankruptcy Rule 9014.1, "If a party intends to present evidence through witnesses at a hearing on a contested matter, such party shall so indicate on the initial or responsive pleadings or, alternatively, shall so indicate in a separate notice filed with the court and served on opposing parties not later than seven (7) days prior to such hearing."

8. The matter to be heard before the court on October 3, 2019 is a continuation of a trial which began, and in which evidence was already presented, on August 27, 2019. Debtors did not disclose their additional witnesses no later than seven days prior to the commencement of this hearing, but rather are trying to take advantage of the extended delay between the continued hearing dates to bring in additional evidence and witnesses mid-trial.

9. The Federal Rules of Civil Procedure Rule 26, Federal Rules of Bankruptcy Procedure Rule 9014(e), and Local Bankruptcy Rule 9014.1 have certain guidelines in place governing the introduction of witness testimony in contested matters to prevent the introduction of evidence which has not been properly vetted by all parties in interest. Debtors conduct in this regard is not appropriate as Trustee has not been given the opportunity to depose the additional witnesses in order to better determine the nature of their testimony and Debtors have failed to comply with the rules in place governing the proper disclosure of witnesses and exhibits.

10. Debtors Counsel contends that they were unaware of the questions that would be asked by the Trustee and the additional witnesses and exhibits are for rebuttal. Trustee contends all of the questions she asked the witness at the hearing were relative to the issues raised in Trustee's motion, and that they should not have been a surprise as Debtors' Counsel contends.

WHEREFORE, trustee renews her objections to Debtors Amended List of Witnesses and Amended List of Exhibits filed September 24, 2019 and respectfully requests that the court deny admission of the additional witnesses and additional exhibits as they are prejudicial.

DATED:  October 2, 2019

                                                   /s/  Kathleen McCallister
                                           **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 2, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Ryan E Farnsworth
Attorney at Law
ryan@averylaw.net

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Jacob Val Jolley
Breonna Moria Jolley
4522 E 250 N
Rigby, ID 83442

    /s/  Kathleen McCallister
**Kathleen McCallister, Trustee**